UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONJI JENKINS,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-5946** |
| **J. GLASS, ET AL.,**<br>**Defendants** | **SECTION: "E"** |

# ORDER

On June 19, 2017, Plaintiff Ronji Jenkins, a prisoner housed at the Jefferson Parish Correctional Center in Gretna, Louisiana, filed a complaint against Deputy Sergeant J. Glass ("Glass"), Sergeant P. Harris ("Harris"), Deputy B. Bonvillian ("Bonvillian"), Deputy Mendozer ("Mendozer"), Captain Carter, and the Jefferson Parish Correctional Center ("JPCC").[1] This matter was referred to the United States Magistrate Judge. On July 11, 2017, the magistrate judge granted Plaintiff's motion to proceed in forma pauperis.[2] Pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A and 42 U.S.C. § 1997e(c), a court is required to sua sponte dismiss cases filed by prisoners, proceeding in forma pauperis, upon a determination that they are frivolous. On September 19, 2017, having evaluated the sufficiency of Plaintiff's complaint sua sponte, the magistrate judge issued a partial report and recommendation.[3] The period for objections ended on October 3, 2017, with no objections having been filed. The Court, having considered the complaint, the record, the applicable law, and the magistrate judge's partial report and recommendation finds the magistrate judge's findings of fact and conclusions of law are correct and hereby

---

[1] R. Doc. 4.
[2] R. Doc. 7.
[3] R. Doc. 15.

1

approves the United States Magistrate Judge's Partial Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff Ronji Jenkins's § 1983 claims against the Jefferson Parish Correctional Center, Sheriff Newell Normand, Deputy B. Bonvillian, Deputy Mendozer, and Captain Carter be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Jenkins's § 1983 claims of excessive force against Deputy Sergeant Glass and Sergeant Harris proceed and remain referred to the United States Magistrate Judge for further pretrial proceedings.

**New Orleans, Louisiana, on this 13th day of October 2017.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**